TIMOTHY COURCHAINE
United States Attorney
District of Arizona

ADDISON OWEN
Arizona State Bar No. 031263
RACHEL E. NAVA
Arizona State Bar No. 036083
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Addison.Owen@usdoj.gov
Email: Rachel.Nava@usdoj.gov
Attorneys for Plaintiff

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 2 4 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ KM _____ Z DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>1.　Mehrzad Asadi Eidivand, and<br>　　(Count 1)<br><br>2.　Linet Vartanniavartanians,<br>　　(Count 2)<br><br>　　　　Defendants. | No. **CR-25-00931-PHX-DGC (ESW)**<br>**REDACTED**<br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 922(g)(5) and 924(a)(8)<br>　　(Alien in Possession of Ammunition)<br>　　Count 1<br><br>18 U.S.C. § 115(a)(1)(B)<br>(Threats Against a Law Enforcement Officer)<br>Count 2<br><br>18 U.S.C. §§ 924(d) and 981;<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## INTRODUCTION

1. Defendant MEHRZAD ASADI EIDIVAND, an Iranian national, was issued an order of removal on November 25, 2013. Defendant MEHRZAD ASADI EIDIVAND has attempted to challenge the order of removal, but all attempts have been unsuccessful.

## BACKGROUND

2. On June 21, 2025, around 8:55 p.m., Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) officers went to Defendants MEHRZAD

ASADI EIDIVAND and LINET VARTANNIAVARTANIANS's residence to arrest Defendant MEHRZAD ASADI EIDIVAND on administrative immigration violations.

3. Officers knocked on the door and announced they were police. Upon approach, officers observed multiple surveillance cameras near the entryway. Approximately five to six officers, to include ICE/ERO Officer J.L., were around the door, all wearing vests which depicted they are "Police," "Police Federal Agent," and "ICE."

4. Officers identified themselves as police, and they were looking to speak with "Mehrzad Asadi Eidivand." Defendant LINET VARTANNIAVARTANIANS stated she was not going to open the door. Defendant LINET VARTANNIAVARTANIANS told them to come back with a warrant.

5. Officers disengaged. However, a couple minutes later they approached again to ask her name. Defendant LINET VARTANNIAVARTANIANS said she was not going to talk to them and to come back with a warrant.

6. Officers disengaged again and went to their vehicles to regroup.

7. At all times described in this Indictment, ICE/ERO Officer J.L., was engaged in the performance of his official duties.

Defendant LINET VARTANNIAVARTANIANS Threats to Law Enforcement

8. Shortly thereafter, Tempe Police arrived on the scene. As multiple Tempe officers approached, they shared that Defendant LINET VARTANNIAVARTANIANS had called the police.

9. Defendant LINET VARTANNIAVARTANIANS, in a recorded 911 phone call, said the following:
   a. That if anyone "invade my home I'm gonna shoot them like I said I have gun and it's loaded."
   b. When asked about the location of the gun, she responded "in my hand right now."

c. "I wanted to report this so you guys would have it recorded anybody trying to enter my house is going to be shooted I don't allow anybody in my house including ICE."

d. "I go outside the backyard and I'll just shoot them in the head…. Going to end up in the prison."

10. Defendant MEHRZAD ASADI EIDIVAND spoke with dispatchers stating he is a patriot and does not agree with what is going on. They asked him if there were guns in their house, Defendant MEHRZAD ASADI EIDIVAND said they have "plenty of guns."

11. On June 22, 2025, Homeland Security Investigation (HSI) agents executed a federal search warrant at Defendants MEHRZAD ASADI EIDIVAND and LINET VARTANNIAVARTANIANS's residence.

12. While Defendant LINET VARTANNIAVARTANIANS was being taking into custody, she asked agents why a SWAT team would come to their house. In response, an agent asked Defendant LINET VARTANNIAVARTANIANS if she had guns. Defendant LINET VARTANNIAVARTANIANS responded, "yes."

13. Hearing this exchange, Defendant MEHRZAD ASADI EIDIVAND turned to Defendant LINET VARTANNIAVARTANIANS, and stated that's why they are here, you said you would shoot them yesterday.

14. During the search of the residence, agents found two firearms. First, agents found a Glock, 45, 9mm, handgun, S/N: BSTM071, on the kitchen counter visible upon entry. Second, agents found a Masada, ORP, 9mm, handgun, S/N: M1022117, on a nightstand in one of the bedrooms. The firearms were loaded.

15. The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Nexus Expert Senior Special Agent Lowell Farley made a preliminary determination, based on the make, model and photographs of the firearms, he determined they had travelled in interstate commerce.

## COUNT 1

16. The factual allegations above are incorporated for Count 1.

17. Beginning on or about June 21, 2025, through June 22, 2025, in the District of Arizona, Defendant MEHRZAD ASADI EIDIVAND, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess firearms, to wit:

(1) a Glock, 45, 9mm, handgun, Serial Number (S/N): BSTM071; and

(2) a Masada, ORP, 9mm, handgun, S/N: M1022117;

both of which were previously shipped or transported in interstate or foreign commerce.

18. In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

## COUNT 2

19. The factual allegations above are incorporated for Count 2.

20. On or about June 21, 2025, in the District of Arizona, Defendant LINET VARTANNIAVARTANIANS, did threaten to assault and kill Immigration and Customs Enforcement (ICE) Enforcement Removal Operations (ERO) officers, specifically J.L.,, a person designated and protected under Title 18, United States Code Section 1114, and Defendant LINET VARTANNIAVARTANIANS did so with the intent to impede, intimidate, or interfere with J.L., while J.L., was engaged in the performance of his official duties, by stating she was going to shoot ICE agents as further detailed in Paragraph 9.

21. In violation of Title 18, United States Code, Section 115(a)(1)(B).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Count 1 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offense(s) alleged in Count 1 of this Indictment, defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of the offense, and (b) any of defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense

as to which property defendant is liable, including, but not limited to, the following property involved and used in the offense:

    (1) a Glock, 45, 9mm, handgun, S/N: BSTM071; and

    (2) a Masada, ORP, 9mm, handgun, S/N: M1022117.

If any of the above-described forfeitable property, as a result of any act or omission of defendant:

    (1) cannot be located upon the exercise of due diligence,

    (2) has been transferred or sold to, or deposited with, a third party,

    (3) has been placed beyond the jurisdiction of the court,

    (4) has been substantially diminished in value, or

    (5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: June 24, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
ADDISON OWEN
RACHEL E. NAVA
Assistant U.S. Attorney